**INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS, AFL–CIO**

v.

**TRANS WORLD AIRLINES, INC., Appellant.**

**Nos. 87–5092, 87–5093 and 87–5176.**

United States Court of Appeals, District of Columbia Circuit.

June 1, 1988.

Before RUTH BADER GINSBURG, WILLIAMS and SENTELLE, Circuit Judges.

### ORDER

PER CURIAM.

It is ORDERED, by the Court, *sua sponte*, that the Opinion for the Court filed by Circuit Judge Sentelle on February 19, 1988 (839 F.2d 809) be, and hereby is, amended as follows:

> Page 811, second column, line 9, delete the sentence beginning "The" and ending "representation." in its entirety and insert in lieu thereof:

> "The total number of eligible voters was 4,330 so that 51.96% voted in favor of representation."